IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD ROBERTSON, | ) | No. C 11-4530 RMW (PR) |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION |
| v. | ) | FOR EXTENSION OF TIME TO |
| | ) | FILE MOTION FOR SUMMARY |
| W. PERRY, et al., | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | (Docket No. 17.) |
| | ) | |

Plaintiff, a California pretrial detainee proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On March 30, 2012, the court issued an order of service. The order directed the defendants' to file a dispositive motion within 90 days from the date the order was filed, making the deadline June 28, 2012. Defendants' have filed a motion for an extension of time to file a motion for summary judgment because service on defendants was not executed until May 31, 2012. Good cause having been shown, defendants' motion is **GRANTED IN PART**.

Defendants shall file a motion for summary judgment within ninety (90) days of the date of the filing of this order. Plaintiff shall file his opposition within twenty-eight (28) days after defendants file their dispositive motion. Defendants shall file their reply fourteen (14) days thereafter.

This order terminates docket number 17.

IT IS SO ORDERED.

DATED: _____

RONALD M. WHYTE
United States District Judge

Order Granting in part Motion for Ext. of Time to File Summary Judgment
G:\PRO-SE\SJ.Rmw\CR.11\Robertson530eot_msj.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

REGINALD ROBERTSON,

        Plaintiff,

  v.

W PERRY et al,

        Defendant.

Case Number: CV11-04530 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reginald Robertson
5325 Broder Blvd
APM #873
Dublin, CA 94568

Dated: August 9, 2012

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk