IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD ROBERTSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>W. PERRY, et al.,<br><br>　　　　Defendants. | No. C 11-4530 RMW (PR)<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br>ANSWER INTERROGATORIES<br><br>(Docket No. 21.) |

　　　　Plaintiff, a California pretrial detainee proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On March 30, 2012, the court issued an order of service.  On July 12, 2012, defendants filed an answer to plaintiff's complaint.  Plaintiff requests an extension of time to answer interrogatories and request for production of documents submitted to him by defendants.  Good cause having been shown, plaintiff's motion is **GRANTED**.

　　　　Plaintiff shall submit answers to interrogatories and production of documents to defendants no later than October 4, 2012.

　　　　This order terminates docket number 21.

　　　　IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　/s/ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

REGINALD ROBERTSON,

        Plaintiff,

  v.

W PERRY et al,

        Defendant.

Case Number: CV11-04530 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reginald Robertson
5325 Broder Blvd
APM #873
Dublin, CA 94568

Dated: September 24, 2012

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk