IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD ROBERTSON, | ) | No. C 11-4530 RMW (PR) |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING PLAINTIFF |
| v. | ) | PERMISSION TO FILE |
| | ) | ELECTRONICALLY; |
| W. PERRY, et al., | ) | GRANTING LEAVE TO |
| | ) | AMEND; VACATING |
| Defendants. | ) | BRIEFING SCHEDULING |
| | ) | |
| | ) | (Docket Nos. 35, 36, 39) |

Plaintiff, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Defendants filed a an answer. (Doc. No. 18.) Plaintiff has filed a motion requesting permission to file electronically and a motion for leave to file an amended complaint. (Doc. Nos. 36, 39.) Defendants have filed a motion for extension of time to file a motion for summary judgment. (Doc. No. 35.) The court has reviewed plaintiff's request to file electronically. (Doc. No. 36.) Plaintiff meets the technical requirements for e-filing. Accordingly, the motion is **GRANTED**. The clerk shall send plaintiff the instructions for completing the registration process for the Court's Electronic Court Filing ("ECF") and the Public Access to Court Electronic Records ("PACER") systems.

Plaintiff's motion to amend is also **GRANTED**. A plaintiff may amend the complaint "once as a matter of course within [] 21 days after serving it." Fed. R. Civ. P. 15(a)(1)(A). But, if the complaint requires a responsive pleading, a plaintiff may amend the complaint "21 days after service of a responsive pleading, or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). In all other cases, a plaintiff must obtain the defendant's consent or leave of court to amend a complaint. Fed. R. Civ. P. 15(a)(2).

Defendants have not consented to an amendment, however, it appears defendants will not be prejudiced if plaintiff is allowed to amend. Defendants are "still in the process of discovery and therefore need additional time to evaluate and prepare a motion for summary judgment." (Doc. No. 35 at 2.) Therefore, the clerk is directed to file plaintiff's **FIRST AMENDED COMPLAINT**.[1]  (Doc. No. 40.)

Plaintiff is advised that an amended complaint supersedes the original complaint. "[A] plaintiff waives all causes of action alleged in the original complaint which are not alleged in the amended complaint." *London v. Coopers & Lybrand*, 644 F.2d 811, 814 (9th Cir. 1981). The briefing schedule set forth in the court's order dated July 12, 2012 is **VACATED** pending further order of the court. The court will screen plaintiff's amended complaint in a separate order.

This order terminates docket numbers 35, 36 and 39.

IT IS SO ORDERED.

DATED: _____

RONALD M. WHYTE
United States District Judge

---

[1] Plaintiff filed a motion requesting disclosure of peace officer's personnel records. (Doc. No. 33.) Defendants filed an opposition claiming the information is privileged and confidential. Plaintiff's motion is **DENIED** without prejudice as premature. Plaintiff is reminded that the court does not have the time or resources to oversee all discovery. Federal and local discovery rules require the parties to meet and confer to try to resolve disagreements before seeking court intervention. See Fed. R. Civ. P. 37(a)(1); N.D. Cal L.R. 37-1.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD ROBERTSON,<br><br>        Plaintiff,<br><br>  v.<br><br>W PERRY et al,<br><br>        Defendant. | Case Number: CV11-04530 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reginald Robertson
9220 Bancroft Avenue
#B
Oakland, CA 94603

Dated: December 19, 2012

                                            Richard W. Wieking, Clerk
                                            By: Jackie Lynn Garcia, Deputy Clerk