S.D. Narayan, Esq. (SBN 130964)
Shiva Tavakoli, Esq. (SBN 184264)
THE NARAYAN LAW FIRM
24301 Southland Drive, Suite 613
Hayward, California 94545
Telephone: (510) 839-5350
Facsimile: (510) 839-5355

Attorneys for Defendants
W. Perry and Alameda County Sheriff's Office

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND COURTHOUSE

| | |
|---|---|
| REGINALD ROBERTSON, <br><br> Plaintiff, <br><br> vs. <br><br> W. PERRY and ALAMEDA COUNTY SHERIFF'S OFFICE, <br><br> Defendants. | Case No. CV-11-4530-RMW (PR) <br><br> STIPULATION DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANTS W. PERRY AND ALAMEDA COUNTY SHERIFF'S OFFICE |

## STIPULATION

PLAINTIFF REGINALD ROBERTSON and Defendants W. PERRY and ALAMEDA COUNTY SHERIFF'S OFFICE, by and through their respective counsel of record, hereby stipulate as follows:

1. Plaintiff REGIONAL ROBERTSON dismisses all causes of action with prejudice as to Defendants W. PERRY and ALAMEDA COUNTY SHERIFF'S OFFICE.

2. Defendants W. PERRY and ALAMEDA COUNTY SHERIFF'S OFFICE agree that they will not seek costs or fees against Plaintiff REGINALD ROBERTSON.

///
///

1  Dated: May 30, 2012                THE NARAYAN LAW FIRM

2

3                                      By: _____
4                                           Shiva Tavakoli
                                            Attorney for Defendant
5

6

7

8

9  Dated: May ____, 2012              THE NARAYAN LAW FIRM
10      June 27th, 2013

11                                     By: __R. Robertson_____
12                                          REGINALD ROBERTSON
                                            Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2
STIPULATION DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANTS W. PERRY AND ALAMEDA COUNTY SHERIFF'S OFFICE [CA-2252]

1

## [~~PROPOSED~~] ORDER

2

3    Upon good cause shown, IT IS HEREBY ORDERED that the Court hereby GRANTS

4 Defendants' Request for Dismissal with prejudice.

5

6    IT IS SO ORDERED.

7

8 Dated:

                                                      *Ronald M. Whyte*

9                                                  Honorable Ronald M. Whyte

10                                                 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANTS W. PERRY AND ALAMEDA COUNTY SHERIFF'S OFFICE [CA-2252]